**DISMISS and Opinion Filed June 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00272-CV**

**IN THE MATTER OF C.N., A JUVENILE**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-70210-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Appellant appeals from the trial court's order denying pretrial habeas corpus relief. Before the Court is appellant's motion to dismiss the appeal because charges against appellant are no longer being pursued. We **GRANT** the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

210272f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE MATTER OF C.N., A
JUVENILE

No. 05-21-00272-CV

On Appeal from the 417th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 417-70210-
2021.
Opinion delivered by Justice Carlyle.
Justices Schenck and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2021.